1:19cr182

Honorable Jodge Lioi

**FILED** OCT 10 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

**RECEIVED** OCT -8 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

I Justin McIntosh am not to Educated on this type of stuff (Legal) I would no-longer like to have the Services of Mr. George C. Pappas. Mr pappas is verry un-Responsive to my needs and I feel that he doesn't have my best intrest in hand, where I and my family members have Called and Reached out to him and he has been un-Responsive to my time Sensitive Case.

Sincerely,

Justin. O. McIntosh

Justin. O. McIntosh

67001060
Justin McIntosh
P.O. box 1857
Youngstown, O.H. 44501
cc

Judge Lioi
2 S. Main St.
#526 Akron, OH
44308

Core Civic/NEOCC has neither inspected nor censored and will not be responsible for the contents.

44308$1811 C002